## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| William McCabe, Service Station, Vending Equipment, Inc., | Civil No. 07-4553 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Air-serv Group, LLC, J. Gregory Muldoon, Thomas J. Bauer, | |
| Defendants. | |

By 12:00 noon, Thursday, December 20, 2007, each party shall submit to the Court (with a copy to the other party), its proposed findings of fact and conclusions of law with respect to the granting or refusing to grant a preliminary injunction in this case. See Federal Rules of Civil Procedure 52(a).

Dated: December 17, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge