# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William McCabe, Service Station Vending, Equipment, Inc., | Civil No. 07-4553 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Air-serv Group, LLC, J. Gregory Muldoon, Thomas J. Bauer, | |
| Defendants. | |

---

Defendant AIR-serv's Motion for Leave to File Amended Answer and Counterclaim will now be heard by the undersigned at the United States Courthouse, Courtroom 1, 180 East Fifth Street, St. Paul, Minnesota, on Thursday, January 24, 2008 at 1:00 p.m.

Plaintiffs shall serve and file their responsive memorandum to said Motion no later than 8:00 a.m., Tuesday, January 22, 2008.

Dated: January 16, 2008

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge