**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| William McCabe, Service Station Vending, Equipment, Inc., | Civil No. 07-4553 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| vs. | |
| AIR-serv Group, LLC, J. Gregory Muldoon, Thomas J. Bauer, | |
| Defendants. | |

_____

Plaintiff William McCabe, in his individual capacity and as owner and president of Plaintiff Service Station Vending Equipment, Inc., **SHALL PERSONALLY APPEAR** in Courtroom 1, 180 East Fifth Street, St. Paul, Minnesota, on Thursday, January 24, 2008, at 1:00 p.m. in connection with the hearing on Defendant's Motion for a Temporary Restraining Order.

Dated: January 16, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge