#### UNITED STATES DISTRICT COURT
#### DISTRICT OF MINNESOTA

---

William McCabe, Service Station  Civil No. 07-4553 (RHK/JSM)
Vending Equipment, Inc.,

                    Plaintiffs,  **ORDER OF DISMISSAL WITHOUT PREJUDICE**

    v.

AIR-serv Group, LLC, J. Gregory
Muldoon, Thomas J. Bauer,

                    Defendants.

---

Based upon the Stipulation of Dismissal submitted to the Court by counsel for Plaintiffs and Defendants, in which the parties agreed to the dismissal of this action, and all counterclaims herein, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **IT IS ORDERED:**

1.     This matter, including all counterclaims, is **DISMISSED WITHOUT PREJUDICE**; and

2.     All parties shall bear his or its own costs, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 24, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge